UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STEVEN FULTS,

    Plaintiff,

v.                                                   Case No.: 22-CA-56

WAKULLA COUNTY, FLORIDA,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U. S. C. §§1331, 1441(b) and 1446, Defendant WAKULLA COUNTY, FLORIDA ("Defendant"), hereby gives notice of the removal of this action from the Circuit Court of the Second Judicial Circuit in and for Wakulla County, Florida to the United States District Court for the Northern District of Florida, Tallahassee Division. In support of removal, Defendant states:

    1.    Plaintiff STEVEN FULTS ("Plaintiff") initially filed this action against Defendant in the Circuit Court of the Second Judicial Circuit in and for Wakulla, Florida, Case Number 2022 CA 56 ("State Court Action"), on May 12, 2022. Defendants were served with the Complaint on June 21, 2022.

    2.    Defendants seeks removal of this case based on federal question jurisdiction. This Court has jurisdiction over this action as the Court has original jurisdiction founded on claims arising under the laws of the United States. Namely,

Plaintiff has brought claims against Defendants alleging that that Defendants violated 42 U.S.C. § 1983 and the First Amendment of the Constitution of the United States.

3. Defendants filed this Notice of Removal within thirty (30) days of receipt of Plaintiff's Complaint in the State Court Action, and within one year of the commencement of this action. 28 U.S.C. § 1446(b).

4. The state court in which this action was commenced is within this Court's District. Therefore, this action is properly removable to this Court pursuant to 28 U.S.C. §1441(b).

5. In accordance with 28 U.S.C. § 1446(a) and N.D. Fla. Loc. R. 7.2(A), true and correct copies of all process, pleadings, motions, and orders from the Circuit Court of the Second Judicial Circuit in and for Wakulla County, Florida, and served upon Defendant are attached as Exhibit A.

6. Pursuant to 28 U.S.C. §1441(d), counsel certifies that a copy of this Notice of Removal will be served promptly on Plaintiff's counsel and will timely file this Notice with the Clerk of the Second Judicial Circuit in and for Wakulla, Florida.

WHEREFORE, Defendant respectfully requests this Court assume jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 and 1441.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via the electronic mail to this 14th day of July 2022, to the following:

Marie A. Mattox, Esquire
Marie A. Mattox, P.A.
310 East Bradford Rd.
Tallahassee, FL 32303
marie@mattoxlaw.com
michelle2@mattoxlaw.com

                    THE KRIZNER GROUP

                    s/ Jason C. Taylor
                    Jason C. Taylor
                    Florida Bar No. 497525
                    Email: jtaylor@thekriznergroup.com
                    1550 Village Square Blvd., Suite 3
                    Tallahassee, FL 32309
                    Phone: (850) 386-3747
                    Fax: (850) 907-1246

                    Attorney for Defendant,
                    WAKULLA COUNTY, FLORIDA